JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR - 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 3/2/2010

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK K. HAILEY,<br><br>        Petitioner,<br><br>vs.<br><br>MR. MARTELL, Warden,<br><br>        Respondent. | Case No. CV 08-6052-AG (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: FEB. 28, 2010

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE